**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION

Appellate case name:      Gerald  McWilliams v. Joshua Watson

Appellate case number:   01-21-00104-CV

Trial court case number:  2019-44370

Trial court:                      215th District Court of Harris County

Appellee's motion for reconsideration of the order granting appellant's request for an extension of time to July 12, 2021 to file his brief is **DENIED**. Appellant's brief was subsequently filed on July 12, 2021.

Judge's signature: _____/s/ Sarah B. Landau_____
                                   Acting for the Court

Panel consists of Chief Justice Radack and Justices Landau and Countiss

Date:  ___July 22, 2021_____